UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| AL DAVIS PETROVICH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>　　　　Defendants.　　　　　　　　　／ | No. 1:15-CV-0033 NJV<br><br>ORDER DIRECTING CLERK TO REASSIGN CASE TO DISTRICT JUDGE |

　　Plaintiff filed this action on January 5, 2014. The Complaint contains a request for emergency injunctive relief and references a foreclosure sale set to occur on January 7, 2015. Defendants have not yet appeared in this case. The undersigned lacks jurisdiction over this matter due to the lack of consent of the parties. The Clerk of the Court is HEREBY DIRECTED to immediately reassign this case to a district judge.

IT IS SO ORDERED.

Dated: January 6, 2015

　　　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| AL DAVIS PETROVICH, | No. 1:15-CV-0033 NJV |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| OCWEN LOAN SERVICING, LLC,, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on January 6, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Al Davis Petrovich
1231 Eeloa Ave
Rio Dell, CA 95562-1104

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2