UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL DAVIS PETROVICH,<br><br>     Plaintiff,<br><br>     v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>     Defendants. | Case No. 15-cv-00033-EMC<br><br>**JUDGMENT** |

On February 12, 2016, the Court granted Defendants' Motion to Dismiss First Amended Complaint. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: February 12, 2016

_____
EDWARD M. CHEN
United States District Judge